IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ASHLEY REGINA GOOCH,            )
                                )
        Petitioner,             )
                                )      1:22-cv-253
    v.                          )      1:16-cr-25-1
                                )
UNITED STATES OF AMERICA,       )
                                )
        Respondent.             )
```

### ORDER

On October 18, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 70, 71.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 70), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's filing construed as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 68) is **DENIED,** and that this action is hereby, **DIMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms, or filing a Motion for Compassionate Release if that is her intent. The court further finds there is no

substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 31st day of March, 2023.

／s／ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:16-cr-00025-WO   Document 72   Filed 03/31/23   Page 2 of 2